UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN ESPINDOLA,<br><br>Defendant. | No. 4:23-CR-06016-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 44, 45** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 44) and related Motion to Expedite (ECF No. 45). Defendant was represented on these Motions by Assistant Federal Defender Alex B. Hernandez III.

Defendant requests that the Court modify Special Condition No. 9 to allow him to attend religious services. ECF No. 44. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id*.

The Court, having reviewed the Motion and finding good cause therefor, **HEREBY ORDERS:**

1. Defendant's Motion to Expedite (**ECF No. 45**) is **GRANTED**.

ORDER - 1

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 44**) is **GRANTED IN PART AND DENIED IN PART**.[1]

3. **Defendant shall abide by the following additional Special Condition of release at all times:**

    **10.** **Discretionary Leave:** Defendant shall be permitted to attend religious services as pre-approved by the United States Probation/Pretrial Services Office. Defendant shall provide that Office with the date, time, and details of the activity at least three days prior to the requested date.

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 7, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

---

[1] Due to the policies of United States Probation/Pretrial Services location monitoring, the proper remedy is to add a condition that allows Defendant to attend religious services, as opposed to modifying the existing home detention condition as Defendant requested.

ORDER - 2