FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHRISTIAN ESPINDOLA,<br><br>                    Defendant. | No. 4:23-CR-6016-SAB-1<br><br>**ORDER SETTING STATUS CONFERENCE** |

On October 21, 2024, a pretrial conference was held. Defendant was present, out of custody, and represented by Alex B. Hernandez III. The Government was represented by Michael Murphy.

Defendant orally moved the Court to continue the matter due to a pending matter in the Ninth Circuit. Defendant submitted a signed Waiver of Speedy Trial, ECF No. 54. Due to the ongoing Ninth Circuit matter, the Court granted Defendant's request over objection from the Government.

Accordingly, **IT IS HEREBY ORDERED:**

1.     For the reasons stated on the record, Defendant's Motion to Dismiss, ECF No. 33, is **DENIED WITH LEAVE TO RENEW**.

2.     The current trial date and final pretrial conference on November 12, 2024, are **STRICKEN.**

**ORDER SETTING STATUS CONFERENCE** # 1

3.     A status conference is **SET** for **February 4, 2025,** at **2:30 p.m.** in **Yakima**, Washington.

4.     Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between October 21, 2024, the prior status conference date, until **February 4, 2025**, the new status conference date, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 23rd day of October 2024



Stanley A. Bastian
Chief United States District Judge

**ORDER SETTING STATUS CONFERENCE # 2**