Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Christian Espindola

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| United States of America, | |
|---|---|
| Plaintiff, | No. 4:23-CR-6016-SAB-1 |
| v. | **Motion to Expedite Hearing** |
| Christian Espindola, | **Without Oral Argument**<br>**April 2, 2025, at 6:30 p.m.** |
| Defendant. | |

Christian Espindola, through his attorney, Alex B. Hernandez, III, moves this Court to consider on an expedited basis his separately filed Motion to Modify Conditions of Release. For the reasons stated in Mr. Espindola's motion and because the government has no objection to defendant's motion, Mr. Espindola respectfully requests that the Court hear this matter on an expedited basis pursuant to Local Rule 12(c)(3).

//

//

Motion to Expedite Hearing - 1

Dated:  April 2, 2025.

Respectfully Submitted,


<u>s/Alex B. Hernandez, III</u>
Alex B. Hernandez, III, 21807
Attorney for Christian Espindola
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Ben_Hernandez@fd.org

CERTIFICATE OF SERVICE

I certify that on April 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification to: Brandon Lloyd Pang, Assistant United States Attorney.

s/Alex B. Hernandez, III
Alex B. Hernandez III, 21807
Attorney for Christian Espindola

Motion to Expedite Hearing - 3