UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN ESPINDOLA,<br><br>Defendant. | No. 23-CR-06016-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 59, 60** |

On Thursday, April 3, 2025, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 59) and related Motion to Expedite (ECF No. 60). Defendant was represented by Chief Deputy Federal Defender Alex B. Hernandez III. Assistant United States Attorney Laurel Holland represented the United States. With Defendant's consent, the undersigned appeared by video from Yakima, Washington.

Defendant requests that the Court remove Special Condition Nos. 8 and 9 which impose GPS location monitoring and home incarceration. ECF No. 59. The United States Attorney's Office does not object to Defendant's request, and United States Probation/Pretrial Services defers to the Court. *Id.*

While compliance with conditions alone does not indicate that conditions of release are no longer necessary, the age of this case and the time that Defendant

ORDER - 1

has spent in the community without any violations of conditions weighs in favor of Defendant's request. Due to the agreement of the parties and Defendant's nearly two years in the community without violations of supervision, the Court grants Defendant's motion.

Accordingly, **IT IS ORDERED:**

1.    Defendant's Motion to Modify Conditions of Release (**ECF No. 59**) is **GRANTED**.

2.    Defendant's Motion to Expedite Hearing (**ECF No. 60**) is **GRANTED**.

3.    **Special Condition Nos. 8 and 9 (ECF No. 21) are STRICKEN**.

4.    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 3, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2