FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTIAN ESPINDOLA,<br><br>  Defendant. | No. 4:23-CR-6016-SAB-1<br><br>**AMENDED ORDER CONTINUING STATUS CONFERENCE** |

Before the Court is Defendant's Motion to Continue Status Hearing and Probation Revocation Hearing, ECF No. 63, and related Motion to Expedite, ECF No. 64. Defendant is represented by Alex B. Hernandez III. The Government is represented by Brandon Pang.

Defendant asks the Court to continue the matter due to a pending matter in the Ninth Circuit and indicates the Government does not object. Good cause exists to grant the Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Expedite, ECF No. 64, is **GRANTED**.

2. Defendant's Motion to Continue Status Hearing and Probation Revocation Hearing, ECF No. 63, is **GRANTED**.

3. The status conference set for April 22, 2025, is **CONTINUED** to **July**

**ORDER CONTINUING STATUS CONFERENCE** # 1

**29, 2025,** at **3:30 p.m.** in **Yakima**, Washington.

    4.    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between April 22, 2025, the prior status conference date, until **July 29, 2025**, the new status conference date, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

    **IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

    **DATED** this 17th day of April 2025



Stanley A. Bastian
Chief United States District Judge

**ORDER CONTINUING STATUS CONFERENCE # 2**