# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Espindola, Christian | Docket No. | 0980 4:23CR06016-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Christian Espindola, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Richland, Washington, on the 25th day of May 2023, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, tribal, state, or local law. Defendant shall advise the supervising United States Probation/Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency unless Defendant receives the approval of the district court judge with the original jurisdiction over this matter ad notifies the supervising United States Probation/Pretrial Services Officer in the captioned matter.

**Special Condition #3:** Defendant shall avoid all contact, direct or indirect, with any codefendants or persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution. Defendant is specifically forbidden from contacting Kimberly Delgadillo, either directly or indirectly. Should Defendant need to contact Ms. Delgadillo for childcare purposes, Defendant shall do so through a third party. Defendant shall in no way use this exception to communicate with Ms. Delgadillo regarding this case or any other matter. Defendant is cautioned that attempts to circumvent this condition will most likely result in his return to custody.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 31, 2023, all the conditions of pretrial release were reviewed with Mr. Espindola. He signed a copy of his release conditions.

**Violation #1:** Christian Espindola is considered to be in violation of his pretrial release supervision by failing to report law enforcement contact to the United States Probation/Pretrial Services Officer within 1 business day as required, on or about April 15, 2025.

On April 14, 2025, Mr. Espindola was pulled over by a Washington State Patrol (WSP) trooper for speeding 15 miles over the posted speed limit in Franklin County, Washington. Mr. Espindola was issued a traffic citation.

On April 16, 2025, the undersigned officer made telephonic contact with Mr. Espindola and questioned him about having any law enforcement contact. Mr. Espindola reported he was pulled over by WSP and given a traffic citation for speeding on April 14, 2025. He claimed he had planned on contacting the undersigned officer on that same date to report this contact, but did not.

Mr. Espindola did not report the law enforcement contact within 1 business day as required.

**Violation #2:** Christian Espindola is considered to be in violation of his pretrial release supervision by having contact with Kimberly Delgadillo on or about April 14, 2025.

PS-8

**Re: Espindola, Christian**
**April 17, 2025**
**Page 2**

On April 16, 2025, Mr. Espindola admitted to the undersigned officer he was with Ms. Delgadillo when he was pulled over by WSP for speeding on April 14, 2025. The explanation Mr. Espindola provided for this contact was that his mother had shared with Ms. Delgadillo that the location monitor tracker had been removed. Ms. Delgadillo then went to his residence to pick him up to go grocery shopping because she needed money for groceries.

Mr. Espindola verbally acknowledged to being aware of his release condition prohibiting any contact with Ms. Delgadillo.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: April 17, 2025 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

4/17/2025
Date