# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 25, 2025**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Espindola, Christian | Docket No. | 0980 4:23CR06016-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Christian Espindola, who was originally placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 25th day of May 2023, and on April 24, 2025, under the following conditions:

**Special Condition #6:** Defendant shall abstain totally from the use of alcohol.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Christian Espindola is considered to be in violation of his pretrial release supervision by consuming alcohol, on or before November 7, 2025.

On May 31, 2023, and on April 24, 2025, all the conditions of pretrial release were reviewed with Mr. Espindola, He signed a copy of his release conditions and he was provided with a copy.

On November 7, 2025, Mr. Espindola reported to the probation office and completed a urinalysis. The test results were presumptive positive for alcohol. Mr. Espindola initially denied any alcohol use and claimed he had been taken DayQuil and Nyquil as he had not been feeling well. The drug test was packaged and sent to the Abbott Laboratory for confirmation. The drug test report was later received confirming a positive result for alcohol.

Later on November 18, 2025, Mr. Espindola admitted to consuming alcohol a couple days before the test was collected. The explanation he provided for this alcohol use was that he was stressed because his mother told him Kimberly Delgadillo had been assaulted. He admitted to using alcohol impulsively. When questioned about his initial dishonesty about alcohol use previously on November 7, 2025, he reported he was "shocked," and did not know this alcohol use would show on the test.

#### PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    November 24, 2025 |
| by | s/Elizabeth Lee |
| | Elizabeth Lee<br>U.S. Pretrial Services Officer |

PS-8

**Re: Espindola,, Christian**
**November 24, 2025**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

11/25/2025
Date